```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A05-0213--CV (RRB)
                "NATIONWIDE INSURANCE CO V JAMES CHIODO"

        Including terminated parties, excluding terminated counsel
```

Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
     Referral Rule:
            Filed: 09/01/05
           Closed: 11/14/05

     Jurisdiction: (4) Diversity (see citizenship of parties)
    PLF Diversity: (2) Citizen of Another State
    DEF Diversity: (1) Citizen of This State

   Nature of Suit: (110) Insurance
                   DECLARATORY ACTION RE: INSURANCE CO
           Origin: (1) Original Proceeding
           Demand:
       Filing fee: Paid $250.00 on 09/01/05 receipt # 00126493
         Trial by: Jury


Parties of Record:                          Counsel of Record:
_____

PLF 1.1          NATIONWIDE INSURANCE CO         Russell D. Gray
                                                 Richmond & Quinn
                                                 360 K Street, Suite 200
                                                 Anchorage, AK 99501
                                                 907-276-5727

DEF 1.1          CHIODO, JAMES                   No counsel found for this party!

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A05-0213--CV (RRB)
"NATIONWIDE INSURANCE CO V JAMES CHIODO"

For all filing dates

```
 Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
Magistrate Judge:
   Referral Rule:
           Filed: 09/01/05
          Closed: 11/14/05

    Jurisdiction: (4) Diversity (see citizenship of parties)
   PLF Diversity: (2) Citizen of Another State
   DEF Diversity: (1) Citizen of This State

  Nature of Suit: (110) Insurance
                  DECLARATORY ACTION RE: INSURANCE CO
          Origin: (1) Original Proceeding
          Demand:
      Filing fee: Paid $250.00 on 09/01/05 receipt # 00126493
        Trial by: Jury
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/01/05 | Complaint filed; Summons issued. |
| 2 - 1 | 09/01/05 | PLF 1 Attorney Appearance of R. Gray. |
| 3 - 1 | 09/01/05 | PLF 1 Jury Demand. |
| 4 - 1 | 10/31/05 | RRB Minute Order plf is directed to take action as to failure to serve. Plf to file proof of service so as to comply with Rule 4(m).  cc: cnsl |
| 5 - 1 | 11/04/05 | PLF 1 Stipulation for entry of judgment. |
| 6 - 1 | 11/14/05 | RRB Judgment as stated, each party shall bear its own costs and attorney fees.  cc: cc: cnsl, O&J 11901 |